FIRST DEPARTMENT, MARCH TERM, 1888.

tiffs, v. The Boston and Albany Railroad Company, Defendant.— Motion for a new trial denied, and judgment directed for the defendant upon the exceptions, with costs. Opinion by Williams, J.

Edward Houghtaling, Plaintiff, v. Alexander Bagley, Defendant.—Appeal dismissed.

The People of the State of New York, Plaintiff. v. Frank Palmer, Defendant.—Order modified.

Phœnix Mills, Plaintiff, v. Jane A. Miller, Defendant.— Motion for reargument denied.

James H. Van Gelder, Plaintiff, v. Prentice H. Hallenbeck, Defendant.— Leave to go to Court of Appeals denied.

Peter Carr, Respondent, v. Elizabeth Smith, Appellant.—Judgment reversed, new trial granted, costs to abide event. Mem. by Learned, P. J.

Milton Keech, Appellant, v. The Rome, Watertown and Ogdensburg Railroad Company, Respondent.—Order affirmed as to first, second and first sentence of third, and as to tenth and eleventh paragraphs, and reversed as to the rest, without costs to either party. Mem. by Landon, J.

Thaddeus E. Wilkinson, Appellant. v. Charles Sitts, Respondent.— Order affirmed, with ten dollars costs and printing disbursements.

Daniel Mahar, Plaintiff, v. Thomas Carroll, Defendant. — Order affirmed, with ten dollars costs and printing disbursements. Mem. by Learned, P. J.

The Crown Point Iron Company, Respondent, v. William Fitzgerald, Appellant.—Judgment affirmed, with costs. Mem. by Landon, J.

William Collins, Appellant, v. Christopher Colmey, Respondent.—Judgment reversed, referee discharged, new trial granted, costs to abide the event. Mem. by Learned, P. J.

Silas H. Witherbee and others, Respondents, v. John D. Slayback and others, Appellants.— Orner denying motion to change place of trial, affirmed.

Same v. Same.— Order affirmed, with costs, with leave, etc., according to memorandum, by Learned, P. J.

Deborah Dwyer, Respondent, v. Rathbone, Sard & Co., Appellant. —Appeal dismissed with ten dollars costs and printing disbursements.

Henry C. Vanderzee, Respondent, v. Eunice Hallenbeck and another, Appellants. — Order affirmed with ten dollars costs and printing disbursements. Mem. by Learned, P. J.

John Angell, Plaintiff, v. Nancy V. Spellman. Defendant. —Judgment reversed, referee discharged and new trial granted, costs to abide event. Mem. by Learned, P. J.

The People of the State of New York, Appellants, v. John E. Alden, Respondent. — Order affirmed with ten dollars costs and printing disbursements. Mem. by Learned, P. J.

John M. Helck, as Administrator, etc., Respondent, v. Henry Rheinheimer and others, Appellants. — Order reversed with costs, but with leave to apply, etc., according to mem. by Landon, J.

Edward J. Maxwell, Appellant, v. Frederick J. Higgins and others, Respondents. — Order affirmed with ten dollars costs and printing disbursements. Landon, J., not acting.

The People of the State of New York, Respondent, v. Kate Brandt, Appellant. — Judgment and conviction affirmed. Mem. by Learned, P.J.

Mattei of Susan M. Freeman. — Order modified so as to give full bill of costs to executors, and disbursements to other respondents against appellants personally.

John D. Graham, Plaintiff, v. The President, etc., of the Delaware and Hudson Canal Company, Defendant.—Leave to go to the Court of Appeals denied.

Sarah E. Hogle. Plaintiff, v. The New York Central and Hudson River Railroad Company, Defendant.—Leave to go to the Court of Appeals denied.

Horace Allen, Plaintiff, v George C. Clark, Defendant.—Order on file,

---

# FIRST DEPARTMENT, MARCH TERM, 1888.

Jacob W. Frank and another, Plaintiffs, v. Stephen H. Olin, Defendant. — Verdict set aside, new trial ordered, with costs to abide event. Opinion by Daniels, J.

Alfred H. Smith and another, Appellants, v. Henry Clews, Respondent, Impleaded, etc. — Judgment affirmed, with costs. Opinion by Brady, J.

The Fourth National Bank of the City of New York, Respondent, v. Henry S. Burger and others, Appellants. — Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

Lizzie Guibert, Plaintiff, Respondent, v. William B. Whitman, Appellant, and others, Defendants, Respondents. — Judgment affirmed, with costs. Opinion by Van Brunt, P, J.

Francis S. Driscoll, Appellant, v. Eliza McB. Sanderson, Respondent. — Judgment reversed; judgment entered as directed. Opinion by Daniels, J.

Anne Harnickell, as Administratrix, etc., Appellant, v. The Parrot Silver and Copper Company, Respondent. — Judgment reversed, new trial ordered, costs to abide event. Opinion by Brady, J.

Edwin Bean, Respondent v. Rodney M. Whipple and others, Appellants. — Judgment as to Whipple affirmed, with costs, and as to American Loan and Trust Company reversed, with costs. Opinion by Van Brunt, P. J.

Alonzo Duryea, as Trustee, etc., Respondent, v. Charles J. Bliven, Appellant. — Judgment affirmed. Opinion by Daniels, J.

Bank of America, Respondent, v. Henry S. Burger and others, Appellants. – Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

Loftus D. Hatton, Appellant, v. Harrison G. McFaddin and another, Respondents. —Judgment reversed, new trial ordered, costs to appellant to abide event. Opinion by Van Brunt, P. J.

M. M. Haantjes and another, Respondents, v. The Bank of the Metropolis, Appellant.— Judgment affirmed, with costs. Opinion by Brady, J.

Ann Mallach, Respondent, v. Edward Ridley and others, Appellants. —Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

In the Matter of Donald Mackay.—Order affirmed, with costs Opinion by Van Brunt, P. J.

Walter Weston and another, Plaintiffs, v. James R. Watts, Defendant and Respondent. —Upon the appeal of Alexander Thain, receiver, appellant, order adjudging receiver in contempt reversed, with ten dollars costs and disbursements; order directing receiver to transfer partnership property, etc., affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.

John Garvey, as Administrator, etc., Appellant, v. The New York Life Insurance and Trust Company, Respondent. — Judgment reversed, new trial ordered, costs to appellant to abide event. Opinion by Daniels, J.

Raphael Springer, Appellant, v. Bernard Schnitz-